Andrew M. Kohlmetz, OSB #955418
The Law Office of Andrew M. Kohlmetz, LLC
741 SW Lincoln Street
Portland, OR 97201
Tel: (503) 265-8307
Email: andy@portlandfederaldefense.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:25-MJ-00171 |
| Plaintiff, | ) |
| vs. | ) UNOPPOSED MOTION TO CONTINUE |
| | ) AND RESET SEPTEMBER 15, 2025 |
| JUNIPER PERRY WEED, | ) ARRAIGNMENT |
| Defendant. | ) |

COMES NOW defendant Juniper Perry Weed, by and through counsel, and hereby moves this Court for an Order continuing and resetting the current September 15, 2025, arraignment date for a period of approximately 30 days to October 15, 2025, or a date thereafter convenient to the Court and parties herein. The defendant has previously waived their right to a preliminary hearing pursuant to Federal Rule of Criminal Procedure 5.1, (ECF #9) and further waived their right to a be charged by Information or Indictment within 30 days of arrest pursuant to 18 U.S.C. § 3161(b). (ECF # 15).

The defendant is out of custody.

///

The United States, by and through AUSA Gregory Nyhus, is not opposed to this Motion.

Respectfully submitted this 11th day of September, 2025.

_Andrew Kohlmetz_____
Andrew M. Kohlmetz, OSB 955418
Attorney for Defendant

UNOPPOSED MOTION TO CONTINUE AND RESET AUGUST 14, 2025 ARRAIGNMENT       -1